# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OZZIE PICKETT, #N-50240, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case N0. 11-cv-0156-MJR |
| | ) |
| YOLANDE JOHNSON and | ) |
| SCANNING TAMMS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On February 24, 2011, Plaintiff filed a complaint with this Court pursuant to 42 U.S.C. § 1983. Plaintiff was informed on June 20, 2011 that his complaint failed to provide enough information for the Court to make a determination of his claims, and was ordered to file an amended complaint by July 20, 2011 (Doc. 2). Plaintiff then filed a motion on July 11, 2011 asking the Court to provide him with a copy of his original complaint, and an additional 30 days to file his amended complaint (Doc. 3). The Court granted this motion on July 25, provided Plaintiff with a copy of his original complaint, and extended the deadline to file his amended complaint to August 23, 2011 (Doc. 6). This date has since passed, and Plaintiff has not filed his amended complaint with this Court. Following Plaintiff's failure to comply with this Court's order in the time allotted,

The Court **DISMISSES** this action **without prejudice** for failure to comply with an order of this Court. **FED. R. CIV. P. 41(b)**; *see generally James v. McDonald's Corp.*, 471 F.3d 672, 681 (7th Cir. 2005); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997). The Clerk is directed to close this case.

IT IS SO ORDERED.

DATED this 22nd day of September, 2011

                                           **/s/ MICHAEL J. REAGAN**
                                           **MICHAEL J. REAGAN**
                                           **United States District Judge**